IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DIVERSIFIED OBSERVATION LLC,    )
                    )
            Plaintiff,    )
                    )
      v.                )     C.A. No. 17-1409-LPS-CJB
                    )
PANASONIC CORPORATION OF NORTH    )
AMERICA,    )
                    )
          Defendant.

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION

THE PARTIES HEREBY STIPULATE AND AGREE that the time for Defendant

Panasonic Corporation of North America to answer, move, or otherwise respond to Plaintiff's

complaint is extended through and including February 1, 2018.

STAMOULIS & WEINBLATT LLC         YOUNG CONAWAY STARGATT
                                & TAYLOR, LLP

*/s/ Richard C. Weinblatt*          */s/ Pilar G. Kraman*
Stamatios Stamoulis (No. 4606)         Adam W. Poff (No. 3990)
Richard C. Weinblatt (No. 5080)        Pilar G. Kraman (No. 5199)
Two Fox Point Centre                Rodney Square
6 Denny Road, Suite 307            1000 North King Street
Wilmington, DE 19809             Wilmington, DE 19801
(302) 999-1540                  (302) 571-6600
stamoulis@swdelaw.com           apoff@ycst.com
weinblatt@swdelaw.com           pkraman@ycst.com

*Attorneys for Plaintiff*           *Attorneys for Defendant*

Dated: December 29, 2017

SO ORDERED this __ day of _____, 2018.

_____
J.