IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIVERSIFIED OBSERVATION LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 1:17-cv-1409-LPS-CJB |
| v. | ) |
| | ) |
| PANASONIC CORPORATION | ) |
|  OF NORTH AMERICA | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATED MOTION TO DISMISS

WHEREAS, Plaintiff Diversified Observation LLC ("Plaintiff") and Defendant Panasonic Corporation of North America ("Defendant") have resolved Plaintiff's claims for relief against Defendant in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(2), subject to the Court's approval, that Plaintiff's claims for relief against Defendant are dismissed with prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ Richard C. Weinblatt* | */s/ Adam W. Poff* |
| Stamatios Stamoulis (#4606) | Adam W. Poff (# 3990) |
| Richard C. Weinblatt (#5080) | Pilar G. Kraman (#5199) |
| Two Fox Point Centre | Rodney Square |
| 6 Denny Road, Suite 307 | 1000 North King Street |
| Wilmington, DE  19809 | Wilmington, DE 19801 |
| (302) 999-1540 | (302) 571-6600 |
| stamoulis@swdelaw.com | apoff@ycst.com |
| weinblatt@swdelaw.com | pkraman@ycst.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Diversified Observation LLC* | *Panasonic Corporation of North America* |

SO ORDERED this _____day of_____, 2018.

_____
UNITED STATES DISTRICT JUDGE